FILED BY _____ D.C.

05 AUG 11 AM 9: 32

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

MARK A. AUGUSTI, as Treasurer, and
MARK A. AUGUSTI FOR CONGRESS,

    Plaintiff,

vs.                                             Case No.: 04-2454 D

FEDERAL ELECTION COMMISSION,

    Defendant.

## ORDER OF VOLUNTARY DISMISSAL

It appears to the court that Plaintiff Mark A. Augusti has voluntarily agreed to withdraw his complaint.

IT IS THEREFORE ORDERED that the above cause be dismissed without prejudice based upon Plaintiff's letter dated June 2, 2005.

**IT IS SO ORDERED** this _10th_ day of _August_ 2005.

                                              BERNICE B. DONALD
                                              UNITED STATES DISTRICT JUDGE

document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _8-16-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:04-CV-02454 was distributed by fax, mail, or direct printing on August 16, 2005 to the parties listed.

---

Holly J. Baker
FEDERAL ELECTION COMMISSION
999 E Street, N.W.
Washington, DC 20463

Colleen T. Sealander
FEDERAL ELECTION COMMISSION
999 E Street, N.W.
Washington, DC 20463

Mark A. Augusti
488 Tree Top Cv.
Cordova, TN 38018

Honorable Bernice Donald
US DISTRICT COURT