UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 25 PM 2:17

Thomas M. Gould
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

MARK A. AUGUSTI, as Treasurer,         JUDGMENT IN A CIVIL CASE
and MARK A. AUGUSTI FOR CONGRESS

v.

FEDERAL ELECTION COMMISSION           CASE NO: 04-2454-D

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order of Voluntary Dismissal entered on August 16, 2005, this cause is hereby dismissed without prejudice.

APPROVED:

_____
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

August 24, 2005
Date

**THOMAS M. GOULD**

_____
Clerk of Court

(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8/25/05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:04-CV-02454 was distributed by fax, mail, or direct printing on August 29, 2005 to the parties listed.

---

Holly J. Baker
FEDERAL ELECTION COMMISSION
999 E Street, N.W.
Washington, DC 20463

Colleen T. Sealander
FEDERAL ELECTION COMMISSION
999 E Street, N.W.
Washington, DC 20463

Mark A. Augusti
488 Tree Top Cv.
Cordova, TN 38018

Honorable Bernice Donald
US DISTRICT COURT